UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIN WEILER, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

DELTA DENTAL OF CALIFORNIA, a California mutual benefit nonprofit corporation; DOES 1-100, inclusive,

Defendant(s).

Case No. 4:25-cv-02846-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kari M. Rollins, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Delta Dental of California in the above-entitled action. My local co-counsel in this case is Wynter L. Deagle, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 296501.

30 Rockefeller Plaza, New York, NY 10112 -0015
MY ADDRESS OF RECORD

212-634-3077
MY TELEPHONE # OF RECORD

krollins@sheppardmullin.com
MY EMAIL ADDRESS OF RECORD

12275 El Camino Real, Suite 100, San Diego, CA 92130
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

858-720-8947
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wdeagle@sheppardmullin.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5552468.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.



I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2025

/s/ Kari M. Rollins
APPLICANT
Kari M. Rollins

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kari M. Rollins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   5/8/2025

UNITED STATES DISTRICT JUDGE
Hon. Haywood S. Gilliam Jr.





## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Kari M. Rollins

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 18, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on November 6, 2024.

Clerk of the Court

CertID-00198905